UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LESLIE WESTFALL                                                                                    PETITIONER

V.                                                        CIVIL ACTION NO. 3:25-CV-547-CWR-ASH

WARDEN B. WINGFIELD                                                                      RESPONDENT

ORDER

Respondent Warden B. Wingfield asks the Court to reconsider its order denying its motion to stay the case light of a lapse in appropriations for the Department of Justice. Mot. [13]. In its order denying Respondent's initial motion, the Court noted that "[a]n indefinite stay of this case could so delay disposition of the petition that Westfall could remain incarcerated past his appropriate release date." Order [11]. To address the Court's concerns, Respondent submits that the Court should "stay[] the proceedings for a finite period of time, *e.g.*, 60 days, or until federal funding is restored, whichever is sooner." Mem. [14]. The Court agrees a more limited stay is appropriate.

Respondent's motion for reconsideration is therefore granted in part. This case is stayed for 60 days or until Congress funds the Department of Justice, whichever is sooner. Respondent shall either (1) move to lift the stay within 3 days of restoration of funding, or, if funding is not restored by December 18, 2025, (2) file a motion to extend the stay or a status report no later than December 19, 2025.

**SO ORDERED AND ADJUDGED** this the 20th day of October, 2025.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE